IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERRY WHATLEY,

    Plaintiff,

     v.

PHIL D. MILLER
Douglas County Sheriff, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-2004-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action as barred by the statute of limitations. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 18 day of October, 2011.

                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge

T:\ORDERS\11\Whatley\r&r.wpd